UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michelle Bell,<br><br>     Plaintiff,<br> v.<br><br>Mercantile Adjustment Bureau, LLC; and DOES 1-10, inclusive,<br><br>     Defendant. | Civil Action No.:  11cv0017 |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 17, 2011

                 Respectfully submitted,

                 PLAINTIFF, Michelle Bell

                 /s/ Sergei Lemberg

                 Sergei Lemberg, Esq. (SL 6331)
                 **LEMBERG & ASSOCIATES L.L.C.**
                 300 International Drive, Suite 100
                 Williamsville, NY 14221
                 Telephone: (203) 653-2250
                 Facsimile:  (877) 795-3666
                 slemberg@lemberglaw.com
                 Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 17, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg