UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michelle Bell, | : <br> : <br> : Civil Action No.: 11cv0017 <br> : <br> Plaintiff, : <br> v. : <br> : <br> Mercantile Adjustment Bureau, LLC; and : <br> DOES 1-10, inclusive, : <br> : <br> Defendant. : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Michelle Bell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 8, 2011

                                                                               Respectfully submitted,

                                                      By: <u>/s/ Sergei Lemberg</u>

                                                      Sergei Lemberg (SL 6331)
                                                      LEMBERG & ASSOCIATES L.L.C.
                                                      300 International Drive, Suite 100
                                                      Williamsville, NY 14221
                                                      Telephone: (203) 653-2250
                                                      Facsimile: (877) 795-3666
                                                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By  /s/ Sergei Lemberg

                                           Sergei Lemberg